# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 24 CV 07056 (JGLC)                                    Date Filed: _____

Plaintiff:
**Larry Chappell, an individual, era Chappell & Associates , LLC, a Tennessee Limited Liability Company**

vs.

Defendant:
**Bank of America, N.A. et al. a national association, JP Morgan Chase & Chase & Company , N.A , a national association, Wells Fargo Bank N.A, a national association , The Pnc Financial Services Group Inc bda PNC Bank N.A A National asspciation, TRUST BANKS formerly SUNTRUST BANK N.A   a national association , and STATANDER BANK UK, an internationl bank**

For:
T Edward Williams Esq.
Williams LLP
45 Rockefeller Plaza, 20th Fl
New York, NY 10111

Received these papers on the 16th day of October, 2024 at 4:58 pm to be served on **J.P. MORGAN CHASE BANK, N.A., 705 SMITHTOWN BYPASS, SMITHTOWN, NY 11787**.

I, Michael Kuhner, do hereby affirm that on the **21st day of October, 2024** at **12:49 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT AND JURY DEMAND**, to: **Yudid Alvarado** as **Managing agent** for **J.P. MORGAN CHASE BANK, N.A,** at the address of: **705 SMITHTOWN BYPASS, SMITHTOWN, NY 11787**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 200, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuantto 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

**Michael Kuhner**
Process Server
10/21/2024
**Date**

Our Job Serial Number: DPR-2024001985
Ref: C0192.M0001

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

