UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Larry Chappell, and ERA Chappell & Associates Realty LLC,**

　　Plaintiffs,

— *against* —

**Bank of America, N.A.,
J.P. Morgan Chase & Company, N.A.,
Wells Fargo Bank, N.A.,
The PNC Financial Services Group, Inc., Truist Bank, and
Santander Bank UK,**

　　Defendants.

Case No. 24-cv-07056 (JGLC) (KHP)

---

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Casey Olbrantz hereby withdraws as counsel for Santander UK plc ("**Santander**"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Casey Laffey and Wardah Bari of Reed Smith LLP will continue to represent Santander in this proceeding.

|  |  |
|---|---|
| Respectfully Submitted: | **REED SMITH LLP** |
| Dated: July 7, 2025<br>　　　New York, New York | */s/ Casey J. Olbrantz*<br>Casey J. Olbrantz<br>599 Lexington Avenue<br>New York, New York 10022<br>212-549-0460<br>colbrantz@reedsmith.com |

SO ORDERED:

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 10, 2025
　　　New York, New York