**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LARRY CHAPPELL, an individual; ERA CHAPPELL & ASSOCIATES REALTY LLC, a Tennessee limited liability company,

                    Plaintiffs,

  -against-                                        24 **CIVIL** 7056 (JGLC)

                                                **<u>JUDGMENT</u>**

BANK OF AMERICA, N.A.; J.P. MORGAN CHASE & COMPANY, N.A.; THE PNC FINANCIAL SERVICES GROUP, INC. d/b/a PNC Bank, N.A.; WELLS FARGO BANK, N.A.; TRUIST BANK f/k/a SUNTRUST BANK, N.A.; and SANTANDER BANK UK,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 11, 2025, Defendants' motions to dismiss are GRANTED and Plaintiffs are DENIED leave to amend.; accordingly, the case is closed.

**Dated:**  New York, New York

       July 11, 2025

                                                  **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**